# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAY 26 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Hanif Yazid

_____

(Full name of the Plaintiff(s) in this action)

v.

Mike Webster
Jackie Bodenhammer
2 Ky State Policemen
(who took my statement)
Ky State Police Dept.

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:20-cv-379-CHB
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Hanif Yazid

Place of Confinement: Blackburn Corr Complex

Address: 3111 Spurr Road Lexington KY # 40511

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (___)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Mike Webster__ is employed as __Jailer__ at __Grant County Detention Center__
__212 BARNES ROAD WILLIAMSTOWN KY__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __Jackie Bodenhammer__ is employed as __Chief Deputy__ at __Grant County Detention Center__
__212 BARNES ROAD WILLIAMSTOWN KY__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant __Kentucky State Police Dept.__ is employed as _____ at __919 Versailles Rd. Frankfort Ky 40601__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant __2 KSP who took my statement__ is employed as __Police Officer's__ at __919 Versailles Rd. Frankfort Ky 40601__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On May 27, 2019 I was the victim of a battery at Grant County D.C. Due to the deliberate indifference of prison officials Jailer Mike Webster + Chief Deputy Jackie Bodenhammer they are guilty of negligence for failing to exercise the standard of care a reasonably prudent person would have in a similar situation their conduct fell below the legal standard establish to protect others against unreasonable risk of harm they had evidence and should have known or reasonably should have known that I would be harmed and did not act to prevent it. On Nov 23, 2018 Inmate Montgomery was transported from Bourbon Co. to Grant Co Deputy Dakota Burton was pulled aside by Bourbon transit officer and told to be careful with Montgomery he had already attacked a trustee and deputy at their facility with a spork. Grant Co offender alert for March 21, 2011 already had violent, mental illness, suicidal checked off. Feb 9, 2019 less than 3 months after Deputy Dakota Burton was warned about Montgomery Grant County officer's conduct watchtour of max unit and determine it safe and secure, watchtour is when officer physically looks into each inmate cell + bathroom making visual of inmate while pulling on door ensuring its secure. Officer's conducted their tour deemed unit secure Inmate Damondra Williams was let out his cell was watching TV when Montgomery came running out shower and attacked him. After searching Montgomery cell a large bolt used to hold bed to wall was found Williams could have been killed due to the guards performing their duties below par Montgomery is locked up for beating his brother wife to death with a hammer in the head over 50 times aledgelly on May 27, 2019 I was buzzed out my cell from the control booth without the guards doing a watchtour by the same guard Dakota Burton who was warned about Montgomery in Nov 2018 and knew about Montgomery hiding in shower back in Feb 3 months ago attacking Williams, but he thought it was safe to let me out not knowing where all the inmates where and Montgomery history of attacking black inmates I was the 3rd black inmate he came out of the shower to attack Deputy Burton later said it was an accident letting me out the cell that's just as bad or worst, I came out my cell pulled back the curtain and Montgomery punch me in the face mouth I should have never came into contact with Montgomery I was community custody level one the lowest while Montgomery is the highest and he was waiting to go to trail, I was already sentence and I'm was not suppose to be around a mentally ill prisoner and I did not fall under of any of the guidelines in Grant County handbook to be housed in a max unit and I know for sure two of other 3 inmates in the unit were there for murder I'm in there for not going to see my parole officer, after the fight I wasn't allowed to take a shower had to sleep over night with blood Montgomery's all over me not safe the next morning I turned in sick call slip they were ingorne for the next six days, I stopped filling them out, May 28, 2019 I was taking to investigation asked how does he keep to hide in shower wasn't given an answer I asked

4

### III. STATEMENT OF CLAIM(S) continued

for grievance form wasn't given one, told staff I wanted to file outside charges for hate crime and didn't have a statement for them I wanted KSP to come may 29, 2019 taken back to investigation jailer there this time try's to talk me out off seeing KSP, later that day KSP comes 2 deputys they don't have name tags or badges, but when I'm uncuffed to write my statement they stand up and place hand on their guns thats when I realize something not right all guns are suppose to be signed into lock box Jailer Mike Webster was a Policeman just 5 months ago I think they were his friends and he thought they could go through the motions and ship me away from Grant County and all this would go away He did ship me out about 11 days later I never asked them where their badges, name tags were I knew I was going to do an open record request for the video they said it was destroyed, But I have been open request for the names of the officers and they refuse to even give me that even tho I cite the regulation stating I should be given Who has ever given a statement to a police officer as the victim and wasn't given the officer name when they asked for they were not uncover officers came in uniform I'm asking for something specific to my me my case the KSP name, badge number where they not on duty, Grant County has gone as far to say there isn't a sign in log all jails required visitor to sign in Ky State Police violated my rights by not filing my report in a timely manner if they did at all, I still haven't gotten any information from them about its status only what I have recieved throught open records request, KSP stated they came to update me on what was going on but I had been transfered and they didn't know how to find me the police don't know how to find what jail I was sent to, all the paperwork I have from them started 5 months later after I started contacting A.G. Andy Beshear, Grant County has went as far to say there were not any KSP officer's at their jail on 5/29/19 that took my crime report, mental health note shows staff had habit of not responding to my sick call request

5

IV.   **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓  award money damages in the amount of $ 1,500,000.00

___  grant injunctive relief by _____

___  award punitive damages in the amount of $ _____

___  other: _____

V.   **DECLARATION UNDER PENALTY OF PERJURY**
     **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 22 day of MAY, 2020

_Hamil Yarid_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on  5/22/20  .

_Hamil Yarid_
(Signature)

6