**If there is a medical emergency, please notify jail staff immediately.**

All inmates have a right to necessary medical care in accordance with 501 KAR 3:090. Emergency medical, dental, vision and mental health care shall be available to all prisoners. An inmate shall not be denied medical or mental health care due to inability to pay. Inmates who are in need of non-emergent medical care shall complete and submit a sick-call form. Please notify jail staff immediately if you are in need of immediate medical or mental health care.

FILED

VANESSA ARMSTRONG, CLERK

MAY 2 6 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## NOTARY SERVICE

If you are in need of a notary, contact a member of the jail staff and they will make arrangements with a notary at the facility.

## CHAPLAINCY SERVICES

Several volunteer ministers come into the facility on a regular basis. Presently services are scheduled on Sunday afternoons and Tuesday evenings. This is subject to change at any time by authority of the Jailer. If you are in emergency need of these services, contact a jail staff member and one of our volunteer ministers will be contacted.

## PROGRAMS

We currently have Adult Education Programs for obtaining a GED as well as substance abuse counseling such as AA / NA and Moral Reconation Therapy (MRT). To participate in any of these programs please submit your request in writing to the Programs Director.

## RECREATION

Inmates shall be provided (1) hour of recreation, three times per week outside of their cell. (2) hours a week shall be outdoor, weather permitting. Inmates who pose a threat to the safety and security of the facility shall be denied outdoor recreation. Refusing to attend recreation when directed will result in a refusal, and will be counted as one (1) of the hours of recreation. Inmates must be up, dressed and ready to go to recreation when directed to ensure all inmates are given an opportunity to attend recreation.

## OBJECTIVE JAIL CLASSIFICATION

All inmates will go through the Objective Jail Classification process for the purpose of housing. Inmates are classified in the secure part of the facility as: Segregation, Restricted Custody, General Population and Protective Custody. These categories indicate the offender's assigned classification for security, supervision, access to available programs, type of housing, and transport considerations.

A periodic review may be done by the Objective Classification Officer at any time. Reclassification review may also occur due to the following:

- as a result of institutional behavior
- a written request by inmate stating reasons for request
- request by legal authority; including but not limited to Jail Staff, Court Officials, inmate's attorney, law enforcement, program providers
- based upon observed behaviors and as a result of legal status

Segregation supervision level inmates are maximum security cell housed with restricted program and privilege eligibility. Offenders in this classification are considered predatory and may be charged with violent, assault felony offenses, or those whose institutional behavior has indicated the need for segregation such as

- inmate presents a substantial risk of physical harm to the inmate, another person, or property;

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

| CASE/INCIDENT NUMBER: KY 06-19-0162 | | | | REPORT DATE: 10/17/2019 | |
|---|---|---|---|---|---|
| REPORTING AGENCY ORI/NAME:   KSP0600 KY STATE POLICE, POST 06 | | | | | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME:   KSP0600 KY STATE POLICE, POST 06 | | | | | |
| REPORTING OFFICER NAME:  Chris Johnson | | | | REPORTING OFFICER UNIT BADGE ID:  1217 | |
| PRIMARY OFFICER UNIT BADGE ID:   1217 | | | | | |
| REVIEWED BY:  William Layne | | | | | |
| WITNESS SEQUENCE | WITNESS NAME | | | | PHONE |
| of | | | | | |
| ADDRESS: | | | | | DATE OF BIRTH |
| CITY: | | STATE: | ZIP CODE: | SSN: | |
| WITNESS SEQUENCE | WITNESS NAME | | | | PHONE |
| of | | | | | |
| ADDRESS: | | | | | DATE OF BIRTH |
| CITY: | | STATE: | ZIP CODE: | SSN: | |

### NARRATIVE

I have attached the served warrant, citation and KSP1A to this case.

Why is it 5 months after attack there is a video showing exactly what happened that was available 5/29/19 that KSP viewed there wasn't anytime spent doing an investigation They were not planing oñ filing report



### CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

| | | | |
|---|---|---|---|
| **CASE/INCIDENT NUMBER:** KY 06-19-0162 | | **REPORT DATE:** 09/19/2019 | |
| **REPORTING AGENCY ORI/NAME:** KSP0600 KY STATE POLICE, POST 06 | | | |
| **PRIMARY INVESTIGATING AGENCY ORI/NAME:** KSP0600 KY STATE POLICE, POST 06 | | | |
| **REPORTING OFFICER NAME:** Chris Johnson | | **REPORTING OFFICER UNIT BADGE ID:** 1217 | |
| **PRIMARY OFFICER UNIT BADGE ID:** 1217 | | | |
| **REVIEWED BY:** | | | |

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: ZIP CODE: SSN: | |
| WITNESS SEQUENCE | WITNESS NAME | PHONE |
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: ZIP CODE: SSN: | |

### NARRATIVE

On September 19, 2019 I went to the Grant County Detention Center to advise the victim the status of this case. I was advised by jail staff the victim was no longer an inmate at their facility and was transported to another facility. They could not advise me of the new facility he was transported to.

Ky State Police doesn't know how to locate inmate's that are locked up in Ky Jails or ask the jail where did you send him to and call that jail and repeat process until you locate inmate or go to

Kook Ky online offender lookup

//



## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

| CASE/INCIDENT NUMBER: | KY 06-19-0162 | | | | | REPORT DATE: | 09/09/2019 |
|---|---|---|---|---|---|---|---|
| REPORTING AGENCY ORI/NAME: | KSP0600 KY STATE POLICE, POST 06 | | | | | | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME: | KSP0600 KY STATE POLICE, POST 06 | | | | | | |
| REPORTING OFFICER NAME: Chris Johnson | | | | | REPORTING OFFICER UNIT BADGE ID: 1217 | | |
| PRIMARY OFFICER UNIT BADGE ID: 1217 | | | | | | | |
| REVIEWED BY: | | | | | | | |

| WITNESS SEQUENCE | | WITNESS NAME | | | | PHONE |
|---|---|---|---|---|---|---|
| of | | | | | | |
| ADDRESS: | | | | | | DATE OF BIRTH |
| CITY: | | STATE: | ZIP CODE: | | SSN: | |
| WITNESS SEQUENCE | | WITNESS NAME | | | | PHONE |
| of | | | | | | |
| ADDRESS: | | | | | | DATE OF BIRTH |
| CITY: | | STATE: | ZIP CODE: | | SSN: | |

### NARRATIVE

On September 09, 2019 at approximately 1130 Hours I signed a complaint warrant at the Grant County Attorney's Office for the perpetrator.

Complaint was made on 5/29/19 why 4 month delay you did not recieve any additional information on assault after 5/29/19

*12*

TO:  CHIEF JACKIE BODENHAMER                                    MAY 28, 2019

FROM:  LT. RALPH EAST, SR.

REF: INMATE ON INMATE ASSAULT.

INMATES

JOEY MONTGOMERY #298720807

HANIF YAZID #298722224

SUMMARY:

MAY 27, 2019 @ 1929 HRS. DEPUTY DAKOTA BURDEN WAS WORKING IN THE CONTROL ROOM WHEN HE SAW ON CAMERA INMATE HANIF YAZID ON TOP OF INMATE JOEY MONTGOMERY FIGHTING. DEPUTY BURDEN MADE AN ALL CALL TO LIVING QUARTERS D-08 FOR ALL AVAILABLE DEPUTIES TO RESPOND.

INMATE MONTGOMERY WAS TAKEN TO THE MEDICAL DEPARTMENT FOR THE INJURIES HE RECEIVED, ONCE CLEARED BY THE MEDICAL DEPARTMENT INMATE MONTGOMTRY WAS PLACED IN LIVING QUARTERS D-69 IN ORDER TO BE ON MEDICAL WATCH.

INMATE HANIF YAZID WAS TAKEN TO THE MEDICAL DEPARTMENT TO BE CHECKED ON FOR ANY INJURIES HE MAY HAVE RECEIVED. AFTER MEDICAL EXAMINATION INMATE YAZID WAS CLEARED TO RETURN TO HIS LIVING QUARTERS D-17.

MAY 29, 2019 @0850 HRS. INMATE HANIF YAZID WAS INTERVIEWED BY LT. RALPH EAST, SR. CONCERNING THE ALTERCATION WITH INMATE JOEY MONTGOMERY.  INMATE YAZID STATED HE DID NOT WANT TO TALK ABOUT ANYTHING WITHOUT HIS LAWYER PRESENT, INMATE YAZID STATED THAT HE WAS IN FEAR FOR HIS SAFETY HERE, AND HE FELT LIKE THIS ALTERCATION WAS A HATE CRIME AGAINST HIM.  INMATE YAZID STATED HE WAS JUST DEFENDING HIMSELF. INMATE YAZID WANTS TO PRESS CHARGES AGAINST INMATE MONTGOMERY.

MAY 29, 2019 @ 0935 HRS. INMATE JOEY MONTGOMERY WAS INTERVIEWED BY LT. RALPH EAST, SR. CONCERNING THE ALTERCATION WITH INMATE HANIF YAZID. INMATE MONTGOMERY SAID THAT A DEPUTY TOLD HIM TO SHUT HIS DOOR IN WHICH HE DID SO, A DEPUTY CAME IN AND DID A WATCH TOUR AND LEFT.  INMATE MONTGOMERY WHEN INTO THE BATHROOM, THE CONTROL ROOM OPERATOR OPENED LIVING QUARTERS DOOR D-17 LETTING INMATE YAZID OUT OF HIS CELL.  INMATE YAZID WALKED OVER TO THE BATHROOM CURTAIN PULLING IN BACK, INMATE MONTGOMERY STATED THAT THIS ACT SHOCKED HIM AND THAT IS WHEN INMATE MONTGOMERY HIT INMATE YAZID ABOUT THE FACE. INMATE MONTGOMERY STATED THAT HE IS ON MEDICATION AND CAN'T REMEMBER NOTHING SOMETIMES AND THE MEDICATION MAKES HIM SLEEP WALK.  INMATE MONTGOMERY DOES NOT WISH TO PRESS ANY CHARGES ON INMATE YAZID.

 

# Incident Report

| Incident #: | 17739 | Creator: | BURTON, DAKOTA ALEXANDER | | Date: | 05/27/2019 20:01 |
|---|---|---|---|---|---|---|
| Status: | | Closed By: | | | Closed Date: | |
| Cell: | D17 | Location: | | | | |

## Category

Old System
Old System \ INMATE ASSAULTED (INJURY)
Old System \ INMATE SAFTEY ISSUE
Old System \ MAJOR RULE VIOLATION

## Force Used

Pf 4
Pf 4 \ No Force Necessary
Pf 4 \ Verbal Commands

## Subjects

298720807 - MONTGOMERY, JOEY THOMAS
298722224 - YAZID, HANIF NMN

## Details

Creating Officer: BREARTON, JOSH  Time: 05/27/2019 20:22 / Updating Officer: BREARTON, JOSH  Time: 05/27/2019 20:22
I DEPUTY JOSHUA BREARTON 759 RESPONDED TO AN ALL CALL IN THE MAX SECURITY WING OF THE JAIL. WHEN I
ARRIVED I SAW THE INMATES ON THE GROUND. MYSELF AND DEPUTY TRISTAN HOWE 791 AND BRYAN WARNEFORD
795 WENT IN AND INSTRUCTED INMATE YAZID, HANIF TO HIT THE FLOOR ON HIS KNEES AND CROSS HIS ANKLES. THE
INMATE HESITATED I TOLD HIM IF THE DOOR OPENS AND HE DID NOT COMPLY HE WOULD BE OC SPRAYED. INMATE
THEN COMPLIED AND WAS BROUGH AND SAT ON THE BENCH IN DETOX.

~EOR~

Creating Officer: BURTON, DAKOTA ALEXANDER  Time: 05/27/2019 20:26 / Updating Officer: BURTON, DAKOTA ALEXANDER
Time: 05/27/2019 20:26
On May 27th, 2019 I, Deputy D. Burton, 790, called an all call to D-8 side of max where inmate Yazid, Hanif (298722224) was on top
of inmate Montgomery, Joey (298720807) beating him up and screaming at him. Deptuy Edwards, 784, Deputy Howe, 791, Deputy Shanks,
797, Sergent Napier, 722, and more deputies arrived to D-8. Inmate Montgomery was taken to medical and due to his injuries was moved to D-
69 and placed on a medical watch. Inmate Yazid was placed back into D-17. *Yelling. For GUARDS I STOPPED FIGHTING WHEN HE STOPPED*

I, Deputy D. Burton accidently pushed D-17s Door open in control when I thought I hit D-16 get Montgomery in relodged from his rec and
didn't realize it unit the All Call.

E.O.R
Deputy Dakota A. Burton, 790

Creating Officer: HOWE, JOHN TRISTAN  Time: 05/27/2019 20:33 / Updating Officer: HOWE, JOHN TRISTAN  Time: 05/27/2019 20:51
ON 27 MAY 2019 DEPUTIES JOSHUA BREARTON 759 BRYAN WARNEFORD 795 AND MYSELF DEPUTY TRISTAN HOWE 791
RESPONDED TO THE ALL CALL ON THE D-8 SIDE OF MAX. DEPUTY BREATON ADVISED INMATE YAZID,HANIF TO GET TO
WALL AND AND GET DOWN ON HIS KNEES AND CROSS HIS ANKLES. INMATE THEN DIDNT WANT TO COMPLY AT FIRST
DEPUTY BREATON ADVISED INMATE AGAIN THAT IF HE DINT COMPLY HE HE WOULD BE OC SPRAYED. INMATE THEN
COMPLIED AND WAS PLACED IN HANDCUFFS. INMATE WAS THEN PLACED ON THE BENCH IN FRONT OF THE SHIFT
COMMANDERS DESK. EOR

Creating Officer: WARNEFORD, BRYAN  Time: 05/27/2019 20:47 / Updating Officer: WARNEFORD, BRYAN  Time: 05/27/2019 20:47
ON MAY 27 2019 DEPUTIES TRISTAN HOWE 791 JOSHUA BREATON 759 AND I DEPUTY BRYAN WARNEFORD RESPONDED
TO AN ALL CALL AT THE D-8 SIDE OF MAX. DEPUTY BREATON TOLD YAZID HANIF TO GO TO GET OFF MONTGOMERY
JOEY AND GO TO HIS CELL D-17. DEPUTY BREARTON DEMANDED YAZID HANIF TO GET TO HIS KNEES WITH HANDS
BEHIDE BACK  AND IF HE DID NOT COMPLY HE WOULD BE OC SPRAYED WHEN DOOR IS OPENED. YAZID HANIF
COMPLIED AS BREARTON HANDCUFFED HIM WE PROCEEDED TO WALK HIM DOWN MAIN HALL WHERE WE HAD HIM SIT
AT THE BENCH AT SHIFT COMANDERS DESK.EOR

Creating Officer: KOEBBE, ANITA D  Time: 05/28/2019 06:01 / Updating Officer: KOEBBE, ANITA D  Time: 05/28/2019 06:01
On 5-26-19 around 1929 I Lieutenant Anita Koebbe 711 was infront of control when I heard an ALL CALL D-8. I was the first to arrive and
saw inmate Yazid,Hanif #195313 kneeling over inmate Montgomery,Joey #17914 infront of D-8 side of max shower. As we Corporal Lacrishia
Chapman 730,and Deputy Edwards,Kyle 784, Warneford,Bryan 795, Howe,John 791,Breaton Josh 759 Bruner,Michael 788  and myself walted

23

# Grant County Detention Center

212 Barnes RD—Williamstown, KY 41097
Phone: (859) 824-5191
Fax: (859) 824-1285

**Facility Admission Report**

| Booking # | Jacket# | | |
|---|---|---|---|
| 298720807 | 17914 | | |

**Offender Name:** MONTGOMERY, JOEY THOMAS
**Alias:**
**SSN**
**Birth Place:** KY
**Address:**
**City:** CRITTENDEN
**State:** KY
**Zip Code:** 41030
**Phone:**
**Occupation:** UNEMPLOYED

**Maiden Name:**
**Religion:** CHRISTAN
**Date of Birth:**
**Age:** 43
**Marital Status:** SINGLE
**# of Children:** 0
**Nationality:** American
**US Citizen:** ☑

**MONTGOMERY, JOEY THOMAS**

**Sex:** Male
**Race:** White
**Height:** 6' 0"
**Weight (lbs.):** 170
**Other Features:**

**Hair Color:** BRO
**Eye Color:** BLU
**Complexion:** L
**Build:** MEDIUM

**Arresting Authority:** GRANT
**Arresting Officer:** WILLIAMS
**Searching Officer:**
**Booking Officer:** WILLIAMS, ANGELA
**Book Date/Time:** 09/18/2018 23:16
**Last Rebook Date/Time:** 02/14/2019 12:59
**Booking Assistant Officer(s)**

**Telephone Call:** YES
**Number Called:**
**Cell Assignment:** D16
**Classification:** GRANT COUNTY INMATE 041
**County of Charge:** Grant
**Billing Agencies:** GRANT COUNTY

**Property Storage Location(s):   557**

## Contact Information

| Relation | Name | Address | Phone | Emergency |
|---|---|---|---|---|
| Emergency Contact | DORTHY MONTGOMERY | | | ☑ |
| Emergency Contact | DORTHY MONTGOMERY | | | ☑ |
| Emergency Contact | DORTHY MONTGOMERY | | | ☑ |
| Emergency Contact | DOROTHY MONTGOMERY | | | ☑ |

## Current Charges

**Case #:** 18CR198      **Case Bond Type:** CASH      **Case Bond Amount:** $500,000.00

| Charge Case # | Charge Code | Counts | Charge Description | Citation/Control # | Charge Bond | Amount |
|---|---|---|---|---|---|---|
| 18F267 | 22060 | 1 | BURGLARY, 1ST DEGREE | | | $0.00 |
| 18F267 | 09150 | 1 | MURDER | | | $0.00 |

**Case #:** 18F254      **Case Bond Type:** CASH      **Case Bond Amount:** $500,000.00

| Charge Case # | Charge Code | Counts | Charge Description | Citation/Control # | Charge Bond | Amount |
|---|---|---|---|---|---|---|
| 18F254 | 13150 | 1 | ASSAULT, 1ST DEGREE | cy84784 | CASH | $500,000.00 |

I certify that the above information is correct to the best of my knowledge.

Offender Signature                                    Staff Signature

Facility Admission Report printed for MONTGOMERY, JOEY THOMAS
JailTracker ® Report Printed On 05/27/2019 20:04 by UserID 273

Grant County Detention Center
Page 1 of 1

25

# Offender Alerts



| Name: | MONTGOMERY, JOEY THOMAS |
|-------|---------------------------|
| Booking #: | 298720807 |
| Jacket #: | 17914 |
| Location: | D69 |

| Active | Alert Category | Details | Time Recorded |
|--------|----------------|---------|---------------|
| ☑ | Keep A-Parts (sys) | Keep-A-Part Name: WILLIAMS, DAMONDRE ROLUNS / Details. WILL FIGHT/HAVE FOUGHT | 02/09/2019 19:35 |
| ☑ | Keep A-Parts (sys) | Keep-A-Part Name: YAZID, HANIF NMN / Details  INVOLVED IN ALTERCATION 05/27/2019 | 05/27/2019 20 08 |
| ☑ | SUICIDE | SUICIDE | 03/02/2011 10:59 |
| ☑ | VIOLENT | VIOLENT | 03/02/2011 10 59 |
| ☑ | METNAL ILLNESS | METNAL ILLNESS | 03/02/2011 10:59 |
| ☑ | SUICIDE | SUICIDE | 03/02/2011 10 59 |
| ☑ | VIOLENT | VIOLENT | 03/02/2011 10:59 |
| ☑ | METNAL ILLNESS | METNAL ILLNESS | 03/02/2011 10:59 |
| ☑ | DIET | bland dietSHP - 05/12/2009 8:54:24 AM | 03/04/2011 16:16 |

**Total Alerts: 9**



# Incident Report

| Incident #: 15079 | Creator: | BURTON, DAKOTA ALEXANDER | | Date: | 11/10/2018 13:39 |
| Status: | Closed By: | | | Closed Date: | |
| Cell: | Location: | | | | |

## Category

Old System

Old System \ INAPPROPIATE BEHAVIOR

## Force Used

N/A

## Witnesses

| Type | Name | How Involved |
|------|------|--------------|
| Staff | SCHARF, CECEILA ANNAMARIE | Witness |

## Subjects

298720807 - MONTGOMERY, JOEY THOMAS

## Details

Creating Officer: BURTON, DAKOTA ALEXANDER  Time: 11/10/2018 13:44 / Updating Officer: BURTON, DAKOTA ALEXANDER
Time: 11/23/2018 13:39

On November 9th, 2018 around 1445 I, Deputy Burton U/790, was called to booking to strip search Inmate Montgomery, Joey #17914, when I
arrived in booking the transporting officer from Bourbon County Detention Center pulled me aside and told me to be careful with inmate
Montgomery because they had an incident with him assaulting a trustee inmate and a deputy with a spork. I informed Cpl. Scharf U/735 of what
the Deputy had told me. At this time I have nothing further to report. EOR

Creating Officer: SCHARF, CECEILA ANNAMARIE  Time: 11/24/2018 13:13 / Updating Officer: SCHARF, CECEILA ANNAMARIE
Time: 11/24/2018 13:13

I, Corporal Scharf U/735, called Bourbon County Detention Center and asked if they would send me a copy of the incident report. They faxed it
and I have attached it to the original copy of this incident report in his file.

 

# Incident Report

| | | |
|---|---|---|
| **Incident #:** 17376 | **Creator:** DAUGHTERY, SHEILA | **Date:** 02/09/2019 18:42 |
| **Status:** | **Closed By:** | **Closed Date:** |
| **Cell:** | **Location:** | |

## Category

Old System
Old System \ INAPPROPIATE BEHAVIOR
Old System \ INMATE SAFTEY ISSUE
Old System \ MAJOR RULE VIOLATION
Old System \ MENTAL HEALTH ISSUE

## Force Used

## Subjects

298720807 - MONTGOMERY, JOEY THOMAS
298722267 - WILLIAMS, DAMONDRE ROLUNS

## Details

Creating Officer: SCHARF, CECEILA ANNAMARIE  Time: 02/09/2019 19:42  / Updating Officer: SCHARF, CECEILA ANNAMARIE
Time: 02/09/2019 19:42

On February 9th, 2019 Corporal Wiley-Daughtery U/736 called an all call to max. I, Corporal Scharf U/735 was giving the X-block deputy a break and due to the lack of deputies on the floor and the area the all call was called to I locked the office and responded to max. When I arrived Deputy James U/755, Deputy McCann U/772 and Deputy Wolfe U/758 were in D-7 side of max where they had put handcuffs on inmate Montgomery, Joey #17914 and were escorting him out of the area. Inmate Montgomery was limping and had blood on his lips. Inmate Montgomery was seen by medical where he informed her that he doesn't make good decisions when he hasn't been sleeping and he has been hearing voices. She asked me to put him on a mental health observation but to also call bluegrass and triage him. I spoke with Elizabeth from Bluegrass triage and she said since he was already on an in house watch to put him on moderate for 24 hours and then retriage. Bluegrass will need to be contacted on February 10th, 2019 at 1705 for the retriage. I called Lt. Zavodny and she said to house Montgomery in D83.

Creating Officer: DAUGHTERY, SHEILA  Time: 02/09/2019 19:50  / Updating Officer: DAUGHTERY, SHEILA  Time: 02/09/2019 19:50
ON 2/9/2019 THE DAYROOM SPEAKER WENT OFF AND IT WAS D-2 INMATE WILLIAMS DAMONDRA A MAX WATCHTOUR HAD JUST BEEN DONE AND D-2 CAME ACROSS THE SPEAKER ABOUT HIS REC ALL DOORS HAD SHOWED SECURE AT THE TIME OF THE WATCH TOUR THEN AFTER A FEW MINUTES OF BEING OUT AT THE TABLE INMATE WILLIAMS STATED THAT INMATE MONTGOMERY D-1 WAS HIDING IN THE SHOWER AND THEN HE CAME OUT RUNNING AFTER HIM THATS WHEN INMATE WILLIAMS STATED HE DEFENDED HIMSELF I CALLED ALL CALL AFTER HE SET THE SPEAKER OFF AND 772 735 755 758 ALL RESPONDED CPL WILEYDAUGHERTY 736

Creating Officer: JAMES, BENJAMIN MYLES  Time: 02/09/2019 20:11  / Updating Officer: JAMES, BENJAMIN MYLES  Time: 02/09/2019 20:11

Upon entering the cell after placing 10-15 montgomery in isolation, myself 755 and McCan 772 searched the cell while packing his property. I looked at a green coffee bag that was on the floor and noticed a decent size bolt that came out of the wall, appeared to be one the bolts that holds the rack to the wall. I then placed it in a evidence bag and gave it to my shift commander CPL Wiley 736.

E.O.R

33

# Offender Note

 

**Name: MONTGOMERY, JOEY THOMAS**                     **Jacket #: 17914**

Booking Number: 298720807                         Subject: Classification segregated
   Category: CLASSIFICATION
   Category: CRIMINAL HISTORY
Date Note Entered: 9/19/2018 15:23                Created By: ZAVODNY, SANDRA
Date Note Occured: 9/19/2018 15:19
Comments: 2018 Aslt 1st degree
2018 Crim tresp 3rd degree
2018 Aslt 3rd degree prisoner transportation officer, PFO 2nd degree
2018 Fail to notify address change to DOT, crim tresp 2nd degree
2018 Res arrest
2018 Crim tresp 2nd degree, viol of conditions of release
2008 ATt murder-police officer amended to want end 1st degree police officer, PV
2007 No/exp reg plates, fail to notify address change to DOY, OVI
2006 AI
2005 AI
2005 No/exp reg plates, no seat belts, no insur card
2004 Speed 15 m[h over
2016 Disregarding traffic light
2004 Speeding in hghway work zone, no seat belts
2001 Speed 17 mph over
2006 Dom viol summons

18

Hanif Yazid                    SS

This is the statement
I gave KSP on 5/29/19

On may 27, 2019 my cell door was poped to allow me out for rec for one hour. Only one inmate is permitted out of their cell at one time so I go out put my shower shoes in between my door to keep it from ~~opening~~ closing. I check the time on TV to see when I have to go back in Then I go to the bathroom to put the shower key in to keep water running when I pull back the curtain I'm hit in the face out of the blue no warning or reason, I'm dazed don't know what's going on got hit again, Then I reize its dude from the cell next to me and he's trying to kill me. After that I just think to myself you gotta win. The only thing I remember is the end of the fight, There was alot of noise from the other cell's and from across the hall cell's telling me to beat his ass. I'm on top of him he's holding my left arm which I could have pulled free I'm telling him to stop moving and I won't punch you he starts trying to fight again I punch him one time with my hand told him to stop moving he did and didn't hit him again, I started yelling for the guards to come and get him I had him down for at least a minute without hitting him I didn't want to nor do I like violence I say this is hate crime because that guy and myself have never had any type of communications no hi, bye, can you turn down the TV nothing. So why would he be hiding in the shower waiting to attack me and he has done this two other times before both of the other people where also black. Grant county already knew about his other attacks they are also responsible for providing me with a safe living enviroment and failing to follow proper safety procedures plus his door was open and two max cell doors will not open at same time so someone in control did an override allowing me out knowing his cell door was I feel like this was a set up I had went to the mental health person 5 days earlier and told him they were trying to kill me at this jail then this happens I'm really scared for my safety. Hanif Yazid

5

**Long, Cheri A (KSP)**

| | |
|---|---|
| **From:** | Dawson, Stephanie A (KSP) |
| **Sent:** | Thursday, January 2, 2020 8:41 PM |
| **To:** | Long, Cheri A (KSP) |
| **Cc:** | Wyatt, Amy L (KSP); Mills, Christopher D (KSP); Steward, Christopher D (KSP) |
| **Subject:** | ORR#19-3174 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Post 6,

I have a request for a copy of the report of an assault filed on 5/29/2019 by Yanif Hazid at the Grant County Jail including the interviews conducted by 2 KSP employees. Can you see what you have and send me a copy? Thank you.

**Stephanie A Dawson**
Executive Staff Advisor
Kentucky State Police
919 Versailles Road
Frankfort, KY 40601
(502) 782-1873 (phone)
(502) 573-1636 (fax)





6-19-162

1



**Andy Beshear**
Governor

**Mary C. Noble**
Justice and Public Safety Cabinet
Secretary

# KENTUCKY STATE POLICE
**919 VERSAILLES ROAD**
**FRANKFORT, KY 40601**
www.kentuckystatepolice.org
Custodian of Records Phone: (502) 782-1873
Custodian of Records Fax: (502) 573-1636

**Col. Chad E. White**
Acting Commissioner

January 31, 2020

Hanif Yazid #229096
Blackburn Correctional Complex
3111 Spurr Road
Lexington, KY 40511

RE: Open Records Request (19-3174)

Dear Hanif Yazid:

You requested a copy of the a copy of the report of an assault filed on 5/29/2019 by Yanif Hazid at the Grant County Jail including the interviews conducted by 2 KSP employees, pursuant to the provisions of the Open Records Act. Enclosed please find these records. Certain information (DOB, SSN, personal addresses or phone numbers, Operator License Number) contained in the records has been redacted pursuant to KRS 61.878(1)(a), as disclosure would constitute an unwarranted invasion of personal privacy.

In accordance with KRS 61.880, if you so request, the Attorney General will review this action and issue a written opinion to this agency stating whether we have acted consistently with the provisions of the Kentucky Open Records Act.

Sincerely,

Stephanie A. Dawson
Official Custodian of Records
Legal Services Branch

Enclosure



TO: Public Records                                     3/23/20

From: Hanif Yazid # 229096
        Blackburn Corr Complex
        3111 Spurr Road
        Lexington Ky

        Open Request Officer
    In RE: I am requesting the names and badge number
of the two KSP officers who interviewed Hanif Yazid at
Grant County Detention Center on 5/29/19

                                        Hanif Yazid

Notary - Anastasia Musser 623295

    ANASTASIA MUSSER
    Notary Public-State at Large
    KENTUCKY
    My Commission Expires 08-14-2023

This was sent to KSP
in Frankfort they did not
respond

To Public Records

From: Hanif Yazid #229096
Blackburn Corr Complex
3111 SPURR Road dorm 1
Lexington, KY 40511

Stephanie Dawson
919 Versailles Rd
Frankfort, KY 40601

4-21-20

OPEN RECORDS OFFICER

In Re: I am requesting names + badge number of TWO KSP who conducted inteview on May 29, 2019 with Hanif Yazid

I have been denied my simple request, by Stephanie Dawson official custodian of Records KRS 61.880 states upon receipt of request or properly Invoked KRS 61.872 I should have been provided legitimate detailed explanation for the cause of delay I made request on 3/23/20

Porsuant to KRS 61.880 (2) (1) The burden of proof in sustaining the action shall rest with the agency KRS 61.880 (1) requires that a response denying in part or whole inspection of any record shall include a statement of specific exception authorizing the withholding of the record and a brief explanation of how the exception applies to the record withheld. A bare assertion does not satisfy the agency's burden

Attorney's General's three part test in denied records 1) Agency must be involved in administrative adjudication 2) Records were compiled in process of detecting and investigating statutory or regulatory violations 3) Must demonstrate that disclosure of information would harm it by revealing names of unknown informants.



**Mary C. Noble**
Justice and Public Safety Cabinet
Secretary

**Andy Beshear**
Governor

**KENTUCKY STATE POLICE**
919 VERSAILLES ROAD
FRANKFORT, KY 40601
www.kentuckystatepolice.org
Custodian of Records Phone: (502) 782-1873
Custodian of Records Fax: (502) 573-1636

**Rodney W. Brewer**
Commissioner

April 15, 2020

Hanif Yazid #229096
Blackburn Correctional Complex
3111 Spurr Road
Lexington, KY 40511

Re: Request for information, log number (20-0865)

Dear Hanif Yazid:

You requested information regarding the name and badge number of the two KSP Officers who interviewed Hanif Yazid at Grant County Detention Center on 5/29/2019, pursuant to the provisions of the Kentucky Open Records Act.

Please be advised that the Open Records Act does not statutorily obligate an agency to honor a request for information as opposed to a request for a specifically described public record. Within the Office of the Attorney General's 87-84 opinion it states that the primary impact of the Open Records Act is to make records available for inspection and copying and not to require the gathering and supplying of information. Therefore, your request for information is denied.

In accordance with KRS 61.880, if you so request, the Attorney General will review this action and issue a written opinion to this agency stating whether we have acted consistently with the provisions of the Kentucky Open Records Act.

If the Kentucky State Police can assist you further please let me know.

Sincerely,

Stephanie A. Dawson
Official Custodian of Records
Legal Services Branch





COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL

DANIEL CAMERON
ATTORNEY GENERAL

CAPITOL BUILDING, SUITE 118
700 CAPITAL AVENUE
FRANKFORT, KENTUCKY 40601
(502) 696-5300
FAX: (502) 564-2894

April 23, 2020

## NOTICE OF APPEAL

Dear Records Custodian:

The Kentucky Office of the Attorney General has received an appeal under the Open Records Act ("Act") regarding your agency's alleged failure to comply with the Act.

You may email your agency's response, if any, to OAGAppeals@ky.gov, referencing Log# 202000106 in the subject line. Your agency's response must be received within five (5) days of the date of this notice. A decision in this matter will be rendered on or before May 21, 2020.

If you are not the correct recipient of this notice or if your agency would like another individual to receive future notices via electronic mail, please notify our office at OAGAppeals@ky.gov.

Sincerely,

**Daniel Cameron**
**Attorney General**

/s/ Carmine G. Iaccarino
Carmine G. Iaccarino
Assistant Attorney General

CC:   Hanif Yazid #229096
Stephanie Dawson, Records Custodian, Kentucky State Police
Shan J. Dutta, Staff Attorney, Kentucky State Police



**212 BARNES ROAD**
**WILLIAMSTOWN, KY. 41097**
**PHONE# (859) 824-5191**
**FAX # (859) 824-1285**

Mike Webster                                                                              Jackie Bodenhamer
   Jailer                                                                                      Chief Deputy

March 17, 2020

Hanif Yazid
Blackburn Correctional Complex
3111 Spur Road
Lexington, KY  40511

Mr. Yazid,

We have received your request for a copy of the "sign-in log of 5-29-19 of the two Kentucky
State Policemen who took my statement".  Please be advised that there are no individuals with
the Kentucky State Police who signed in on the log for 5-29-19.  You will need to contact the
Kentucky State Police for the names of the officers in questions as we do not have that
information.

Respectfully,

Jackie Bodenhamer
Chief Deputy

Cc:     Pete Whaley, Assistant County Attorney
        File

## Follow-up Mental Health Appointment

Name _Harit Yuziq_  Booking # _____  DO. _5/8/64_  Age _____

**Current housing classification (circle one):** suicide watch   general population   (other) _Max_

**Referred by (circle one):** self   correctional staff   nursing staff   follow-up   other _____

If currently on suicide watch, why and date started? _____

_____

_____

### Treatment Plan

**Circle One:** (New)   or   Continued

**Problem/Reason for Current Referral** _Request_

Goal _Improve Mental Health_

Objective to meet goal _Discuss & Process current stressors_

Intervention(s) utilized by therapist _Emotional Validation_

**Next Tentative Goal Review Date (Circle one)**

Goal   1 day   2 days   1 week   2 weeks   1 month   2 months   3 months   **When requested**

Accomplished                                                                                                                          **by sick call**

---

**Circle One:** New   or   Continued

Problem _____

Goal _____

Objective to meet goal _____

Intervention(s) utilized by therapist _____

**Next Tentative Goal Review Date (Circle one)**

Goal   1 day   2 days   1 week   2 weeks   1 month   2 months   3 months   **When requested**

Accomplished                                                                                                                          **by sick call**

**Inmate Signature, agreeing to work towards listed goals** X _Harit Yaziel_

**Additional Notes:** _Filled out MH 2 days ago, didn't see provider frustrated due to being refused grievance form. Angry over perceived lack of fairness due to other inmate getting control over remote. Frustrated due to guard not coming when requested. Concerned diet & meals will be handled during fast during religious holiday (Ramadan). Frustrated due to perceived religious intolerance due to guard/facility perceived unwillingness to respect religious traditions._

Therapist Signature _____ LPCA   Date _6/21/19_

_Frustrated & angry about ___ ___ ___ due to abused influence regarding racial interactions between inmate._

1-B-22

## COMMONWEALTH OF KENTUCKY
### REQUEST TO INSPECT PUBLIC RECORDS
### RE KRS CH. 61

### REQUEST

From: Hanif Yazid #229096

To: Roderer CORR. Complex                   Date: 10-2-19
Name of State Agency

I request to inspect the following document(s): ① Write Grant County D.Ci.
sent in April or May 2019, for ~~PREA~~ PREA ② Write from Grant county D.C.
for me being assaulted On 5-27-19

Number of copies of each document requested @ 10 cents per page: 3 of each

Enclosed $ _____    Check ____    Money Order ____    Cash ____

Hanif Yazid
Signature

Company/Institution

Address/Wing/Bed                         Phone

## DISPOSITION

① The following disposition was made of the above request: _____
We do not have the documents that you are
requesting for those dates.

You will need to
contact the jail.

Michelle Lloyd
Signature of Custodian

RCC
Agency

70¢
Amount Received

10-3-19
Date

10/28/19

County Attorney

On Oct 8, 2019 I recieved a letter from Jailer Mike Webster and Cheif Deputy Jackie Bodenhamer of the Grant County Det Center. stating the items I requested were forwarded to you for review. I'm writing for any information about where you are in this process of sending me the requested items. I am currently being housed at the Blackburn Corr Complex in Lexington, Ky. You can send the items there I will pay for them through my inmate account once again the items I have requested are as follow
① Video of battery Montgomery on Yazid 5/27/19 from the time Yazid was let out of cell until Yazid was handcuff by guards
② Video 5/29/19 of Ky State Police entering Grant County Det Center taking Yazid statement in rec room ③ All mental health notes taken by Jamie starting on 5/21/19 three sessions ④ Copy of battery ▭ filed against Montgomery by KY State Police on 5/29/19 ⑤ Easter Day write up by Lt. Abner

Sincerely

Hanif Yazid

Anastasia Musser

ANASTASIA MUSSER
Notary Public-State at Large
KENTUCKY
My Commission Expires 05-14-2023

FILED

VANESSA L. ARMSTRONG, CLERK

MAY 2 6 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## ROEDERER CORRECTIONAL COMPLEX

### A/C CLASSIFICATION APPEAL

**YOU HAVE FIVE (5) WORKING DAYS TO APPEAL YOUR CLASSIFICATION TO THE CLASSIFICATION BRANCH MANAGER. THE SPECIFIC CRITERIA AND EXPLANATION OF THE CLASSIFICATION PROCESS MAY BE FOUND IN THE CPP CHAPTER 18, WHICH IS AVAILABLE IN THE LAW LIBRARY.**

### PLEASE SUBMIT YOUR APPEAL TO:

**Department of Corrections**
**Classification Branch Manager**
**P.O. Box 2400**
**Frankfort, KY 40602-2400**

I, _Hanif Yazid_ , # _229096_ wish to appeal my classification for the following reason(s):

I was assaulted on 5/27/19 at Grant County by inmate Montgomery and it's Grant County staff fault they had me max unit with murders, I'm level one community staff failed to physically check cells ensuring all inmates are secure in cell, They buzzed me asked if I wanted my rec time I SAID yes Told me it would be About 5mins, Buzz my door a few minutes later let me out I attempted to enter bathroom Montgomery was hiding in there waiting on me he punched me in the face loosing my tooth, He was suppose to be in his cell I'm the third black person he has attacked in the shower in max how does this keep happening him getting out his cell, Jail staff would not even allow me to file a grievance. I recieved this reclass paper (directive) work on 10-3-19 not 10-2-19, Then legal Aide told me I had to send it to my caseworker to appeal I sent it to him on 10-2-19 10/4/19, He didn't give it back to me until 10/8/19 SAYING I had to send it to Frankfort with this form wasting my appeal days by holding it so long for nothing Montgomery beat his brothers wife to death with a hammer to the head 50 times I'm lucky to be alive God kept his punch from knocking me out And beating me to death, enclosed is photo copy of Grants version one guard SAY's he made a mistake unlocked wrong door it wasn't a mistake. Shouldn't have been in make to begin with went to the hole on 4/23/19 for bumping a chair with my leg a girl inmate I know was sitting in, Jail Staff said they were charging me with Prea that case was weak so when this happened + they knew that they are at fault they are trying to clean up the fight incident

This appeal was denied even tho video shows I was attack for no reason and my attacker admits he punch me in the face for nothing when I entered the shower he was hiding in lost my community custody level