UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:20-cv-097-WOB

HANIF YAZID,     PLAINTIFF,

V.     **ORDER**

MIKE WEBSTER, *et al.*,     DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter has been referred to the undersigned pursuant to 28 U.S.C. § 636(b) to conduct further proceedings, including discovery oversight and preparation of a report and recommendation on any dispositive motions. [R. 36]. Therefore, having considered the matter fully and being otherwise advised,

IT IS ORDERED that no later than April 22, 2021, the parties shall each file separate written reports outlining a proposed discovery plan. Each report shall include the following information:

1. The parties' view and proposals, as required by Fed. R. Civ. P. 26(f);

2. The length of time reasonably necessary to join other parties and to amend the pleadings;

3. The length of time necessary to complete all pretrial discovery, including expert witness discovery; and

4. The length of time necessary for the parties to make the expert disclosures required by Fed. R. Civ. P. 2(a)(2), with these disclosures to be made during the pretrial discovery phase of the case.

Signed April 2, 2021.



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge

Page **1** of **1**