```
             THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF KENTUCKY
                 NORTHERN DIVISION AT COVINGTON
```

**CIVIL ACTION NO. 2:20-cv-97 (WOB-EBA)**

**HANIF YAZID**                                                **PLAINTIFF**

VS.                              **ORDER**

**MIKE WEBSTER, ET AL.**                                       **DEFENDANTS**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 50) and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that: (1) the Report and Recommendation (Doc. 50) be, and is hereby, adopted as the findings of fact and conclusion of law of this Court; (2) Defendants' First Motion for Sanctions (Doc. 47) be, and hereby is **granted**; (3) Defendants' Second Motion for Sanctions (Doc. 49) be, and hereby is **granted**; and (4) Plaintiff's complaint be, and hereby is, **dismissed** pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and that plaintiff shall pay Defendants' attorney's fees caused by plaintiff failure to comply. This matter be, and hereby is,

**stricken** from the record. No certificate of appealability shall issue herein. Judgment shall enter concurrently herewith.

This 29th day of September, 2021.



Signed By:
*William O. Bertelsman* WOB
United States District Judge